IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID BRANDON, et al.,           ) | |
| ) | |
| Plaintiffs,           ) | |
| ) | |
| v.           ) | Case No. 4:10-CV-010650-CDP |
| ) | |
| CITY OF MOLINE ACRES,   et al.,  ) | |
| ) | |
| Defendants.           ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF DAVID BRANDON

COMES NOW Pleban & Petruska Law, LLC, through C. John Pleban and Lynette M. Petruska, and  requests leave to withdraw as counsel for Plaintiff, David Brandon only, in the above-referenced matter in that certain issues have arisen such that future representation is no longer possible.  Counsel certifies that the client had been notified of counsel's intent to withdraw from this case through correspondence to the client dated March 18, 2011, which was sent regular and certified mail to Plaintiff David Brandon and included a copy of this motion.

Because the trial of this matter is not scheduled until February 13, 2012, Plaintiff will not be prejudiced by counsel's request to withdraw because Plaintiff will have adequate time to find suitable, alternative counsel before the trial of this matter.

WHEREFORE, Pleban & Petruska Law, LLC respectfully requests leave to withdraw as counsel for Plaintiff David Brandon only in the above-referenced matter and for such other and further relief as this Commission deems appropriate under the circumstances.

Respectfully submitted,

**PLEBAN & PETRUSKA LAW, LLC**

by:  /s/ Lynette M. Petruska
C. John Pleban, #24190
Lynette M. Petruska, #41212
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666
FAX: 314-645-7376
lpetruska@plebanlaw.com

Attorneys for Plaintiff David Brandon

**Certificate of Service**

The undersigned hereby certifies that on this 4th day of April 2011, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon: Talmage E. Newton, IV, 8000 Maryland Ave., Suite 610, St. Louis, MO 63105, attorneys for Defendants except Fred Hodges, and Jessica L. Liss, 100 S. 4th St., Suite 400, St. Louis, MO 63102-1821, attorneys for Defendant Fred Hodges. A copy of this motion was also served by regular and attempted by certified mail on March 18, 2011 upon Plaintiff David Brandon, 17549 Wild Horse Creek Rd., St. Louis, MO 63005 and again by regular mail on April 4, 2011 upon Plaintiff David Brandon.

 /s/ Lynette M. Petruska